(A. R. D. 70)

Thos. B. Wilson & Company *v.* United States

Entry Nos. 1880; 1434.

### Third Division, Appellate Term

(Order dated December 6, 1956)

Appellant not represented by counsel.

*George Cochran Doub,* Assistant Attorney General (*Richard E. FitzGibbon,* trial attorney), for the appellee.

Before Johnson and Donlon, Judges

ORDER

Upon the enclosed stipulation, it is hereby ordered that the above application for review be remanded to the trial court for all purposes.